[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 20, 2005
THOMAS K. KAHN
CLERK

No. 04-15166
_____

BIA No. A79-429-686

DOMINGO GIOVANNY VILLAMIZAR,

Petitioner,

versus

U.S. ATTORNEY GENERAL,

Respondent.

_____

Petition for Review of an Order of the
Board of Immigration Appeals
_____

(June 20, 2005)

Before DUBINA and WILSON, Circuit Judges, and COOGLER*, District Judge.

PER CURIAM:

_____

*Honorable L. Scott Coogler, United States District Judge for the Northern District of Alabama, sitting by designation.

Petitioner, Domingo Giovanny Villamizar, a Columbian native, appeals the Board of Immigration Appeal's ("BIA") summary affirmance of an Immigration Judge's ("IJ") denial of his claims for asylum, for withholding of removal, and his claim under the Convention Against Torture ("CAT").

After oral argument and after careful consideration of the briefs and the record, we find no merit to petitioner's appeal. First, we lack jurisdiction to consider petitioner's voluntary departure request because he failed to seek BIA review of the IJ's denial of this form of relief as required by 8 U.S.C. §1252(d)(1). We deem the issue alleging improper denial of CAT relief abandoned, for failure to address it in the brief. *See Mendoza v. U.S. Attorney General*, 327 F.3d 1283, 1286 n.3 (11th Cir. 2003). Finally, in denying withholding of removal, the BIA affirmed the IJ's decision discrediting petitioner's claim that he is likely to suffer persecution on account of an imputed political opinion or any other statutorily protected ground. We find that the IJ's, and thus the BIA's, decision was supported by substantial evidence. *See Al Najjar v. Ashcroft*, 257 F.3d 1262, 1283-84 (11th Cir. 2001). Thus, the BIA's denial of petitioner's claim for withholding of removal was proper.

**PETITION DISMISSED IN PART AND DENIED IN PART.**